# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR375** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **EDWIN GUEVARA-PINEDA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant Edwin Guevara-Pineda's Motion to Disclose Identity of Confidential Informant(s) and to disclose the confidential informant's criminal records. The Plaintiff represents in its trial brief that "CS 1" will testify at trial, and that "his criminal history and record and amount of payment is being provided to the defense as Brady material." (Filing No. 25, p. 2).

IT IS ORDERED that the remaining issues presented in the Motion to Disclose Identity of Confidential Informant(s) (Filing No. 24) will be considered at the pretrial meeting to be held in chambers commencing at 8:30 a.m., on December 18, 2007.

DATED this 12th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge