## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR375** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **EDWIN GUEVARA-PINEDA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by a nonparty, David R. Stickman, for a transcript (Filing No. 77).

IT IS ORDERED:

1. The motion filed by a nonparty, David R. Stickman, for a transcript (Filing No. 77) is granted; and

2. The Clerk is directed to provide notice of this Order to David R. Stickman and Brenda Fauber.

DATED this 1st day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge